UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH KUYKENDALL

VERSUS

WILLIE B. DOUGLAS, ET AL

CIVIL ACTION

NUMBER 07-165-FJP-SCR

**RULING**

This matter is before the Court to resolve an issue regarding a proposed stipulation which the Court ordered the parties to file during a status conference. The defendants submitted a proposed stipulation which the plaintiff, Joseph Kuykendall, now refuses to sign. The Court has read the proposed stipulation, and it sets forth facts which the Court recalls the parties did not have any objection to. While the Court cannot order the plaintiff to sign the stipulation, the Court may impose a monetary sanction against plaintiff for the legal fees and court time which may be necessary to prove the facts in the proposed stipulation.

Thus, the plaintiff is encouraged to sign the proposed stipulation prior to trial. Should plaintiff not do so, the plaintiff may be subject to a monetary sanction. The plaintiff will also be required to pay the cost of any witness who needs to be called to prove a fact in the stipulation.

IT IS SO ORDERED.

Baton Rouge, Louisiana, June 23, 2009.

FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE

Doc#46159